1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   VIOLETTE SUSU and JERRIES SOUSOU,

11          Plaintiffs,                                        No. C 18-00135 WHA

12      v.

13   BAYVIEW LOAN SERVICING, LLC, THE
     BANK OF NEW YORK MELLON f/k/a THE                         **ORDER GRANTING**
14   BANK OF NEW YORK, AS TRUSTEE FOR                          **MOTION TO DISMISS**
     THE CERTIFICAHOLDERS OF CWALT,
15   INC. ALTERNATIVE LOAN TRUST 2005-82,

16          Defendants.

17   _____/

18          In this wrongful foreclosure action, defendants move to dismiss plaintiffs' complaint

19   pursuant to FRCP 12(b)(6) and 41(b).  In 2005, *pro se* plaintiffs Violette Susu and Jerries

20   Sousou took out a $1,612,500 home loan from America's Wholesale Lender, evidenced by a

21   promissory note and secured by a deed of trust on real property located in Dublin California.

22   At oral argument for the instant motion to dismiss, defendants' counsel represented that

23   plaintiffs had not made any payments on their mortgage loan since June 2008 and that their

24   current balance is approximately $2.7 million.  In May 2017, a notice of default was executed

25   and subsequently recorded in the Official Records of Alameda County.  In August 2017 a notice

26   of trustee's sale was executed and thereafter recorded (Compl. ¶ 14, Exh. 1; RJN, Exhs. B–C).

27          Plaintiffs subsequently brought a wrongful foreclosure action against five defendants,

28   including the defendants to this action in October 2017.  Defendants moved to dismiss the

1 complaint in the October 2017 action under FRCP 12(b)(6). After plaintiffs failed to meet the

2 deadline to respond, they received two extensions to file a response. Rather than responding,

3 plaintiffs voluntarily dismissed their case (Case No. 17-05879, Dkt. Nos. 1, 10–11, 18, 20–21,

4 24).

5 In January 2018, plaintiffs commenced this second *pro se* action for wrongful

6 foreclosure based on the same loan, again naming Bayview and BNY Mellon as defendants.

7 Plaintiffs then filed an emergency application for a restraining order to prevent the impending

8 foreclosure sale on their property, but an order denied that application on the ground that

9 plaintiffs were unlikely to succeed on the merits of their claims. During the course of this

10 action, plaintiff Violette Susu twice initiated proceedings in bankruptcy court and this Court

11 twice issued stays of this action. Each time the bankruptcy court dismissed plaintiffs' action for

12 failure to comply with court orders. In May 2018, following the lifting of the second stay,

13 defendants filed a motion to dismiss this action in its entirety. Plaintiff Jerries Sousou then

14 again filed for bankruptcy, and a third stay of this action was issued. That stay subsequently

15 lifted when defendants gave notice that plaintiffs had failed to comply with the bankruptcy

16 court's order. After the third stay of this action lifted, defendants re-filed and served their

17 motion to dismiss plaintiffs' complaint on July 31 (Dkt. Nos. 1, 16, 19–20, 22, 24–25, 31–34).

18 Plaintiffs' response to defendants' motion to dismiss was due on August 14, but

19 plaintiffs still have not filed a response. An order to show cause was served on plaintiffs on

20 August 21. The order instructed plaintiffs to file a response by August 27 and stated that failure

21 to do so would result in dismissal. That date has long passed and no response has been filed.

22 At the hearing on defendants' motion to dismiss well into the Court's motion calendar, the

23 Deputy Clerk called the case, but plaintiffs were not present. At oral argument, defendants'

24 counsel represented that plaintiffs had called her the day before and told her that they would not

25 appear at the hearing and wanted to dismiss their action against defendants (Dkt. No. 37).

26 After considering the briefs filed herein and the oral argument submitted at the hearing

27 for this motion, defendants' motion to dismiss is **GRANTED**. Because plaintiffs have failed to

28

1  respond to deadlines governing this action, defendants' motion to dismiss for failure to

2  prosecute is also **GRANTED**.  Plaintiffs' complaint is hereby **DISMISSED WITH PREJUDICE**.

3

4     **IT IS SO ORDERED.**

5

6  Dated:  September 19, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3